Fill in this information to identify the case:

Debtor 1 <u>Aaron Winford Scott</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the <u>District of Maryland</u>

Case number <u>18-21351-NVA</u>

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15

**Last four digits** of any number you use to identify the debtor's account: 5251

**Court claim no**. (if known): <u>N/A</u>

**Date of payment change:** <u>October 1, 2018</u>
Must be at least 21 days after date of this notice

**New total payment:**   <u>$2,182.65</u>

Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No

   ☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** _____  **New escrow payment:** _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

   ■ No

   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** <u>  8.8%  </u>   **New interest rate:** <u>  8.875%  </u>
   **Current principal and interest payment:** <u>$1,901.05</u>   **New principal and interest payment:** <u>$1,915.28</u>

Debtor 1 <u>Aaron Winford Scott</u>　　　　　　　　　　　Case Number (*If known*): 18-21351-NVA
　　　　　First Name　Middle Name　Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

　　Reason for change: _____

**Current mortgage payment:** $ _____　**New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

　　/s/ Namrata Loomba
_____　　　　　　　　　Date 09/06/2018
Signature

**Print:**
　　Kathryn Smits, Esquire
　　Namrata Loomba, Esquire
　　Sameera Navidi, Esquire
_____
First Name　　Middle Name　　Last Name

Title　Attorney for Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15

Company　Orlans PC

Address　PO Box 2548
　　　　　Number　　　Street

　　　　　Leesburg, VA 20177

Contact phone　(703)777-7101

Contact Email: ksmits@orlans.com
　　　　　　　　nloomba@orlans.com
　　　　　　　　snavidi@orlans.com